COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     National Church Residences of Alief, Tx v. Harris County
                         Appraisal District

Appellate case number: 01-15-00900-CV

Trial court case number:     2014-35858

Trial court:                 269th District Court of Harris County

The motion for rehearing of National Church Residences and the motion for rehearing of Harris County Appraisal District are each **GRANTED**.

We withdraw our opinion and judgment dated August 9, 2016. The appeal is reinstated on the Court's active docket. The appeal will be resubmitted at a future date. The parties will be notified of the new submission date.

National Church Residences' motion for en banc consideration is dismissed as moot.


It is so ORDERED.


Judge's signature:  /s/ Laura Carter Higley
                        Acting for the Court

Panel consists of Justices Higley, Bland, and Massengale


Date: July 25, 2017